UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **BCS SOFTWARE, LLC,**<br><br>　　　　Plaintiff<br><br>　　v.<br><br>**HP INC,**<br><br>　　　　Defendant | **Case No. 6:20-cv-00709**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

　　　Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, BCS Software, LLC, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.


Dated:  August 4, 2020　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　　　　*/s/ Raymond W. Mort, III*
　　　　　　　　　　　　　　　　　　　　　Raymond W. Mort, III
　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00791308
　　　　　　　　　　　　　　　　　　　　　raymort@austinlaw.com

　　　　　　　　　　　　　　　　　　　　　**THE MORT LAW FIRM, PLLC**
　　　　　　　　　　　　　　　　　　　　　100 Congress Ave, Suite 2000
　　　　　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　　　　　Tel/Fax: (512) 865-7950

　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**