# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| BCS SOFTWARE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | CIVIL ACTION NO. 6:20-cv-709-ADA |

## ORDER GRANTING DEFENDANT HP INC.'S
## MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Having considered Defendant HP Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(6), and the arguments in support thereof, IT IS HEREBY ORDERED THAT Defendant HP Inc.'s Motion is GRANTED.