**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| BCS SOFTWARE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>    Defendant. | CIVIL ACTION NO. 6:20-cv-709-ADA |

**DECLARATION OF BRENDA SHERMAN
IN SUPPORT OF HP INC.'S MOTION TO TRANSFER**

I, Brenda Sherman, declare as follows:

1.      I am a Senior Litigation Paralegal at HP Inc. ("HP").  I submit this declaration in support of Defendant HP Inc.'s Motion to Transfer.  I have personal knowledge of the facts set forth herein, except where noted, and, if called to testify, could and would competently testify thereto under oath.

2.      I have been a paralegal at HP since 2009.  When I joined the company, it was known as Hewlett-Packard Company.  On November 2, 2015, Hewlett-Packard Company split into two publicly-traded companies, HP and Hewlett Packard Enterprise Company.

3.      HP's state of incorporation is Delaware.

4.      HP's worldwide headquarters are located at 1501 Page Mill Road in Palo Alto, California, which is within the Northern District of California.  Through the present day, the management, tracking, and decision-making regarding HP products have historically been centered at its Palo Alto, California headquarters.

1

5.   HP has no facility in Waco, Texas.  HP's only facility in the Western District of Texas is located in Austin, at 3800 Quick Hill Road, Building 2, Suite 100, Austin, Texas, 78728-1311.

6.   Based on its investigation to date, HP expects that the majority of the likely witnesses and evidence in this action will be located outside the Western District of Texas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this __7__ day of January, 2021, in Redwood City, California.

_____
Brenda Sherman