IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BCS SOFTWARE, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HP INC.,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 6:20-cv-709-ADA |

DECLARATION OF MEGAN WHYMAN OLESEK IN SUPPORT OF
HP INC.'S MOTION TO TRANSFER VENUE TO THE
AUSTIN DIVISION

I, Megan Whyman Olesek, declare and state as follows:

　　　　1.　　　　I am a partner at the law firm of Turner Boyd LLP, counsel to HP Inc. ("HPI") in this matter, and a member in good standing of the State Bar of California. I am appearing pro hac vice in this action. I submit this declaration in support of Defendant HP's Motion to Transfer Venue to the pursuant to 28 U.S.C. § 1404(a). I have personal knowledge of the facts set forth herein, except where noted, and, if called to testify, could and would competently testify thereto under oath.

　　　　2.　　　　I met and conferred in good faith with counsel for BCS Software, LLC ("BCS") concerning HPI's motion to transfer.

　　　　3.　　　　Attached hereto as Exhibit A are true and correct copies of Internet searches demonstrating flight options for HPI's California employees in February or March 2021 to Texas.

1

a. San Francisco International Airport ("SFO") is 22 miles and approximately a 26-minute drive from HPI's Palo Alto, California headquarters.

b. SFO has direct, non-stop flights to Austin, Texas taking approximately 3 hours and 27 minutes at a roundtrip cost of approximately $216.

c. SFO has no direct flights to Waco, Texas. Connecting flights take a minimum of 5 hours and 23 minutes and costs approximately $341 roundtrip.

d. Norman Y. Mineta San Jose International Airport ("SJC") is 16 miles and approximately a 23-minute drive from HPI's Palo Alto, California headquarters.

e. SJC has direct, non-stop flights to Austin, Texas, taking approximately 3 hours and 15 minutes at a roundtrip cost of approximately $178.

f. SJC has no direct flights to Waco, Texas. A connecting flight with one stop takes approximately 5 hours and 7 minutes at a roundtrip cost of $321.

4. Attached hereto as Exhibit B is a true and correct copy of the LinkedIn profile for inventor Blaine Nye (accessible at https://www.linkedin.com/in/blainenyejr/), which shows he resides in Redwood City, California.

5. Attached hereto as Exhibit C is a true and correct copy of the LinkedIn profile for inventor Davis Sze Hong (accessible at https://www.linkedin.com/in/david-hong-8681a59/), which shows he resides in Rockville, Maryland, which appears to be in the Washington, D.C. area.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 8th day of January, 2021, in Cupertino, California.

_____
Megan Whyman Olesek