# EXHIBIT A

  HP Inc, Building 2 to San Francisco International Airport    Drive 22.3 miles, 26 min



Map data ©2021 Google   2 mi

| | via US-101 N | 26 min |
| --- | --- | --- |
| | Fastest route, the usual traffic<br>⚠ This route has restricted usage or private roads. | 22.3 miles |

| | via I-280 N | 27 min |
| --- | --- | --- |
| | | 28.1 miles |

| | via I-280 N and US-101 N | 27 min |
| --- | --- | --- |
| | | 27.1 miles |

## Explore San Francisco International Airport

 Restaurants    Hotels    Gas stations    Parking Lots    More











Google Sign in

Round trip 1 Economy

San Fran... Austin AUS Mon, Feb 1 Fri, Feb 5

Stops Airlines Bags Price Times

Connecting airports Duration More

Date grid Price graph

## Active travel advisory

There's a government travel advisory related to coronavirus (COVID-19).
More details

## Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

9:15 AM — 2:42 PM
SFO AUS
Nonstop · 3 hr 27 min · United
$216 round trip

1:15 PM — 6:37 PM
SFO AUS
Nonstop · 3 hr 22 min · United
$216 round trip

8:00 AM — 1:33 PM
SFO AUS
Nonstop · 3 hr 33 min · Alaska · Operated by Skywest Airlines as AlaskaSkyWest
$283 round trip

Prices are currently typical for your trip. Details

Google Sign in

12:59 AM → 11:45 AM
SFO AUS
1 stop in DEN · 8 hr 46 min · Frontier
$139 round trip

9:30 AM → 8:43 PM
SFO AUS
1 stop in LAS · 9 hr 13 min · Frontier
$139 round trip

6:30 AM → 1:41 PM
SFO AUS
1 stop in PHX · 5 hr 11 min · American
$163 round trip

8:00 AM → 3:44 PM
SFO AUS
1 stop in DFW · 5 hr 44 min · American
$163 round trip

10:00 AM → 5:56 PM
SFO AUS
1 stop in DFW · 5 hr 56 min · American
$163 round trip

1:20 PM → 9:39 PM
SFO AUS
1 stop in DFW · 6 hr 19 min · American
$163 round trip

4:00 PM → 11:25 PM
SFO AUS
1 stop in PHX · 5 hr 25 min · American
$163 round trip

5:30 AM → 1:13 PM
SFO AUS
1 stop in DEN · 5 hr 43 min · United
$225 round trip

10:35 AM → 6:17 PM
SFO AUS
1 stop in IAH · 5 hr 42 min · United
$225 round trip

9:25 AM → 4:17 PM
SFO AUS
1 stop in SAN · 4 hr 52 min · Alaska · Operated by Skywest Airlines as AlaskaSkyWest, ...
$355 round trip

Google

Sign in

Round trip 1 Economy

San Fran... Waco Mon, Feb 1 Fri, Feb 5

Stops Airlines Bags Price Times

Connecting airports Duration More

Date grid Price graph

## Active travel advisory

There's a government travel advisory related to coronavirus (COVID-19).
More details

## Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

8:00 AM – 3:23 PM
SFO ACT
1 stop in DFW · 5 hr 23 min · American · Operated by Envoy Air as American Eagle
$341 round trip

1:20 PM – 10:37 PM
SFO ACT
1 stop in DFW · 7 hr 17 min · American · Operated by Envoy Air as American Eagle
$341 round trip

4:00 PM – 11:45 AM+1
SFO ACT
2 stops in PHX, DFW · 17 hr 45 min · American · Operated by Envoy Air as America...
$345 round trip

Prices are currently typical for your trip. Details

☰  Google           Sign in

| | | |
|---|---|---|
| 1:30 PM → 11:15 AM | | $848 round trip |
| SFO | ACT | |
| 2 stops in PHX, DFW ⚠ · 17 hr 45 min · American · Operated by Envoy Air as America… | | |

| | | |
|---|---|---|
| 10:00 AM → 10:37 PM | | $2,534 round trip |
| SFO | ACT | |
| 2 stops in SEA, DFW · 10 hr 37 min · Alaska, American · Operated by Envoy Air as Amer… | | |

| | | |
|---|---|---|
| 7:55 PM → 3:23 PM+1 | | $2,534 round trip |
| SFO | ACT | |
| 2 stops in SEA, DFW ⚠ · 17 hr 28 min · Alaska, American · Operated by Horizon Air as … | | |

⌄ 24 more flights

🌐 Language · English (United States)    Country · United States

Currency · USD

About Google    Privacy & Terms    Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. Learn more



HP Inc, Building 2 to Norman Y. Mineta San Jose International Airport

Drive 16.3 miles, 23 min



Map data ©2021 Google  2 mi

| | via US-101 S | 23 min |
| --- | --- | --- |
| | Fastest route, the usual traffic<br>⚠️ This route has restricted usage or private roads. | 16.3 miles |

| | via I-280 S | 24 min |
| --- | --- | --- |
| | | 21.0 miles |

| | via I-280 S and US-101 S | 28 min |
| --- | --- | --- |
| | | 23.5 miles |

## Explore Norman Y. Mineta San Jose International Airport

    

Restaurants   Hotels   Gas stations   Parking Lots   More

Log in    Español



MAR 29 - 30
**SJC → AUS**

TOTAL
$ **177.96**

# Trip & Price Details

Price    Payment    Confirmation

✈ Flight    Modify

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mon 3/29 | SJC 10:30 AM | → | AUS 3:45 PM | 3 hr 15 min | Nonstop | Wanna Get Away ® | Price per Passenger $138.75 |
| | | | | | | | Taxes and fees per Passenger $39.21 |
| Tue 3/30 | AUS 5:30 PM | → | SJC 7:25 PM | 3 hr 55 min | Nonstop | Wanna Get Away ® | Total per Passenger $177.96 |
| | | | | | | | Passenger(s) x1 |
| | | | | | | | Flight total $177.96 |

**Helpful Information:**
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your points balance may not immediately update in your account.
- Face coverings required for everyone 2 and over.

## No change fees.¹

Change your flight later without a fee.

¹Fare difference may apply.

BAG FEE *    $0.00
SUBTOTAL    $138.75
TAXES & FEES    $39.21
TRIP TOTAL    $177.96

Show price breakdown



Get a $200.00 statement credit
after first purchase.

Earn 10,000 Rapid Rewards® points
after you spend $500 in your first 3 months.

Learn more ›

YOU PAY TODAY    $177.96
**CREDIT ON YOUR STATEMENT**    **-$200.00**

TOTAL AFTER STATEMENT CREDIT    -$22.04

Not ready to buy yet? Save this flight for later.

*1st and 2nd checked bags fly free®. Weight and size limits apply.

Log in for faster checkout    Continue

By clicking 'Continue', you agree to accept the fare rules and want to continue with this purchase.

 Add a Car    Products not confirmed until purchase.

No worries, your flight will remain in your cart while you search for a car.



Add a car

Book now. Pay later!
From $47.99*/day in Austin

*Taxes and fees excl. Terms apply.

Book now

**PICK-UP LOCATION**
Austin, TX - A
Austin, TX - AUS

**PICK-UP DATE**
3/29
Mon, Mar 29, 2021

**PICK-UP TIME**
5:00 PM

**RETURN LOCATION**
Austin, TX - A
Austin, TX - AUS

**RETURN DATE**
3/30
Tue, Mar 30, 2021

**RETURN TIME**
4:00 PM

**RENTAL COMPANY** (Optional)
No preference

**VEHICLE SIZE** (Optional)
No preference

Search

Not ready to buy yet? Save this flight for later.
*1st and 2nd checked bags fly free®. Weight and size limits apply.

Log in for faster checkout    Continue

By clicking 'Continue', you agree to accept the fare rules
and want to continue with this purchase.

Google Sign in

Round trip 1 Economy

San Jose... Waco ACT Mon, Mar 29 Tue, Mar 30

Stops Airlines Bags Price Times
Connecting airports Duration More

Date grid Price graph

Travel update
Coronavirus disease (COVID-19) may impact travel. See travel advice

## Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

6:10 AM — 1:17 PM
SJC ACT
1 stop in DFW · 5 hr 7 min · American · Operated by Envoy Air as American Eagle
$321 round trip

7:30 AM — 4:27 PM
SJC ACT
1 stop in DFW · 6 hr 57 min · American · Operated by Envoy Air as American Eagle
$321 round trip

2:05 PM — 11:30 PM
SJC ACT
1 stop in DFW · 7 hr 25 min · American · Operated by Envoy Air as American Eagle
$321 round trip

Prices are currently typical for your trip. Details

Google Sign in

SJC ACT round trip
2 stops in LAX, DFW · 11 hr 12 min · American · Operated by Skywest Airlines as A...

8:55 PM → 10:07 AM+1 $325
SJC ACT round trip
2 stops in LAX, DFW · 11 hr 12 min · American · Operated by Skywest Airlines as Ameri...

8:55 PM → 10:07 AM+1 $325
SJC ACT round trip
2 stops in LAX, DFW · 11 hr 12 min · American · Operated by Skywest Airlines as Ameri...

7:50 PM → 10:07 AM+1 $456
SJC ACT round trip
2 stops in SEA, DFW · 12 hr 17 min · Alaska, American · Operated by Envoy Air as Amer...

10:55 PM → 4:27 PM+1 $487
SJC ACT round trip
2 stops in ORD, DFW · 15 hr 32 min · American · Operated by Envoy Air as American Ea...

38 more flights

Language · English (United States) Country · United States

Currency · USD

About Google Privacy & Terms Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. Learn more



