# EXHIBIT B

## Contact

www.linkedin.com/in/blainenyejr
(LinkedIn)
www.looseheadsoft.com
(Company)

## Top Skills

Software Development

Mobile Applications

Cloud Computing

# Blaine Nye

Founder, LooseHead Software, Inc.
Redwood City

## Summary

Create mobile applications that provide genuine utility to real people.

Specialties: End-to-end software development: rich mobile clients and their supporting server architecture

———

## Experience

**LooseHead Software**
Owner
January 2005 - Present (16 years 1 month)
I am responsbile for full technical stack for LooseHead Software as well as procuring new projects and support service clients.

**Stanford Consulting Group**
Vice President, Software
2003 - 2004 (1 year)
I am essentially the CIO and CTO of Stanford Consulting Group. I am responsible for planning, implementing and maintaining the IT infrastructure as well as for development of internal software tools to enhance business operations and development.

**Telecommunication Systems, Inc.**
Senior Computer Systems Developer
2000 - 2003 (3 years)
I was responsbile for the development of software integrated telecommunciation carrier networks and applications for clients such as Verizon, Vodaphone, and AT&T.

**US Air Force**
Captain, Systems Acquisition
1992 - 1998 (6 years)

I was responsbile for defining the specifications for software maintenance agreements with IBM and Lockheed Martin Missiles and Space. I also was responsible for the negotiation of labor rates for support employees.

――――

## Education

### Santa Clara University

MS, Computer Engineering · (1997 - 1999)

### United States Air Force Academy

BS, Economics · (1988 - 1992)