# EXHIBIT C

## Contact

www.linkedin.com/in/david-hong-8681a59 (LinkedIn)

## Top Skills

Software Development
Architecture
Agile Methodologies

# David Hong

Director of Software Engineering at TurningPoint Global Solutions
Rockville

## Experience

**TurningPoint Global Solutions**
Director of Software Engineering
September 2010 - Present (10 years 5 months)
Rockville, MD

Director of Software Engineering of the Advanced Provider Screening (APS) Project for CMS (Center of Medicare and Medicaid Services). The Advanced Provider Screening Project won the "Federal Healthcare IT (FHIT) Innovation Award in the Big Data Category"

• Managing/Overseeing Requirement, Development, Data Analytic and Quality Assurance of the project. (Over 20+ direct and indirect reports)
• Host User Focus Group and End User Pilot Testing effort to collect business requirements and feedback for the application
• Manage various teams hosting CCB Sessions, JAR Sessions, JAD Sessions, Requirement Reviews, System Design Reviews and Application Demos for the client
• Participate in SOW, CONOPS, and Proposal writing of the Advanced Provider Screening Contracts.  Managing Project Schedule for the Requirement/Design/Development and Testing phase.
• Solution Architect the System from End to End


**Telvent**
Senior Software Engineer, Team Lead
November 2008 - September 2010 (1 year 11 months)


**GetWellNetwork**
Senior Software Engineer
June 2007 - November 2008 (1 year 6 months)


**TeleCommunication Systems**
Senior Software Engineer
2001 - 2007 (6 years)

Stanley Associates
Programmer III
1999 - 2001 (2 years)

SAIC
Programmer Analyst
December 1995 - 1999 (4 years)

I worked for an FAA Air Traffic Control Project, and NIH (NHLBI) contract

( Contract and Funding management) as a Programmer Analst

———