# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| BCS SOFTWARE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:20-cv-00709 ADA |
| | § | |
| HP INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION TO TRANSFER

The Court, having reviewed and considered Defendant HP Inc.'s Motion to Transfer Venue to the Austin Division, does hereby ORDER that the above-captioned action be TRANSFERRED to the Austin Division.

**IT IS SO ORDERED.**

SIGNED this _____ day of _____, 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE